OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RODNEY C. EARLY
CLERK

304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NEW YORK 14202-3498
(716) 551-4211 ★ FAX (716) 551-4850

www.nywd.uscourts.gov

JEANNE M. SPAMPATA
CHIEF DEPUTY CLERK

September 9, 2005

98cr862 (ARR)

Re: **Transfer of Jurisdiction**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 1 2 2005 ★
BROOKLYN OFFICE

Dear Clerk:

Enclosed is one original Form 22 accepting transfer of jurisdiction of.

Please forward to our Clerk's Office certified copies of papers concerning the offender, such as:
the Form 22, Indictment and/or Information, Plea Agreement, Judgment and Commitment Order, Docket Sheet along with any other papers you deem necessary.

Very Truly Yours,

RODNEY C. Early, Clerk

By: Nicole R. Evtimovski
Deputy Clerk

Enclosure

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 98-CR-862 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Matthew Pantoja  5260 Rogers Road Apt. No. L1  Hamburg, NY | NAME OF SENTENCING JUDGE  Allyne R. Ross, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/26/03 | TO 03/25/06 |

**OFFENSE**

Conspiracy to Commit Securities Fraud, in violation of 18 U.S.C. § 371, a Class D felony.

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Eastern_____ DISTRICT OF _____New York_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Eastern District of New York_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 27, 2005  
*Date*

Signed by J. Ross on 7/27/05

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____New York_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/4/05  
*Effective Date*

X _[signature]_  
*United States District Judge*